UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GAF ELK CROSS TIMBERS DECKING
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                               MDL No. 2577

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On December 12, 2014, the Panel transferred 6 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Jose L Linares.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Linares.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of December 12, 2014, and, with the consent of that court, assigned to the Honorable Jose L Linares.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Jeffery N. Lüthi_
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 24, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _Deputy Clerk_  1/6/15

IN RE: GAF ELK CROSS TIMBERS DECKING
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION					MDL No. 2577

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 4 | 14-05196 | Williams et.al. v. Building Materials Corporation of America |
| **MICHIGAN EASTERN** | | | |
| MIE | 4 | 14-13569 | Narducci et al v. Building Materials Corporation of America |
| **MISSOURI WESTERN** | | | |
| MOW | 4 | 14-01067 | Ross v. Building Materials Corporation of America |
| **NEBRASKA** | | | |
| NE | 8 | 14-00316 | Warren v. Building Materials Corporation of America |
| **VIRGINIA EASTERN** | | | |
| VAE | 3 | 14-00623 | Wolcott v. Building Materials Corporation of America |